NO. 07-02-0112-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



FEBRUARY 24, 2005



______________________________




JOHN J. HINDERA, APPELLANT



V.



NELSON DOMETRIUS, APPELLEE




_________________________________



FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;



NO. 99-507,408; HONORABLE SAM MEDINA, JUDGE



_______________________________



Before REAVIS and CAMPBELL, JJ. and BOYD, S.J. (1)

MEMORANDUM OPINION


 Pending before this Court is the second motion to dismiss of appellee Nelson
Dometrius by which he requests dismissal citing appellant John J. Hindera's lack of due
diligence in pursuing this appeal. By order dated January 20, 2005, we reinstated the
appeal and notified Hindera that failure to take any action within 10 days would result in
dismissal for want of prosecution. Hindera did not respond. We grant Dometrius's motion
and dismiss the appeal.

 Accordingly, this appeal is dismissed for want of prosecution. Tex. R. App. P.
42.3(b).

 Don H. Reavis

 Justice

1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.


ata/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 









NO. 07-10-0173-CR

 

IN
THE COURT OF APPEALS

 

FOR THE SEVENTH
DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL A

 



DECEMBER
14, 2010

 



 

ASHLEY A. GROOM, APPELLANT

 

v.

 

THE STATE OF TEXAS, APPELLEE 



 



 

 FROM THE COUNTY
COURT AT LAW NO. TWO OF LUBBOCK COUNTY;

 

NO. 2007-448335; HONORABLE DRUE FARMER, JUDGE



 



 

Before CAMPBELL, HANCOCK and
PIRTLE, JJ.

 

ON MOTION TO DISMISS

Appellant, Ashley A. Groom,
filed Notice of Appeal to appeal a judgment of conviction for the offense of reckless
driving and sentence of 30 days incarceration in the Lubbock County Jail
entered against her in cause number 2007-448335 in County Court at Law, No. Two, of Lubbock County, Texas.  However, appellant has now filed a motion to
dismiss her appeal.

Because
the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a)
and this Court has not delivered its decision prior to receiving it, the motion
is hereby granted and the appeal is dismissed. 
Having dismissed the appeal at appellant=s
request, no motion for rehearing will be entertained and our mandate will
issue.

 

Mackey K. Hancock

Justice

 

 

 

Do not publish.